NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1479, -1517

### VITA-MIX CORPORATION,

Plaintiff-Appellant,

v.

### BASIC HOLDING, INC. (formerly known as Back to Basics Products, Inc.), FOCUS PRODUCTS GROUP, LLC, FOCUS ELECTRICS, LLC, and WEST BEND HOUSEWARES, LLC,

Defendants-Cross Appellants.

Appeals from the United States Court District Court for the Northern District of Ohio in case no. 1:06-CV-2622, Judge Patricia A. Gaughan.

## ON MOTION

Before MOORE, Circuit Judge.

## O R D E R

Basic Holdings, Inc. et al. move for a 21-day extension of time, until March 27, 2009, to file a reply brief. The appellants state that Vita-Mix Corporation opposes.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**MAR 1 8 2009**
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Larry R. Laycock, Esq.
David T. Movius, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 8 2009

JAN HORBALY
CLERK